Holly Arlena Vaughan
hollyvaughan93@gmail.com
2338 Kipana Avenue,
Ventura, California, 93001
8058610165
Plaintiff in Pro Se

**F I L E D**
CLERK, U.S. DISTRICT COURT
NOV 17 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____rsm_____ DEPUTY

## United States District Court

## Central District of California

Holly Arlena Vaughan,

    Plaintiff

Vs.

JPMorgan Chase Bank,

National Association

    Defendant

Case No. 2:23-cv-08531-GW-AGR

PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

### PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

TO THE HONORABLE JUDGE GEORGE H. WU:

I, Holly Arlena Vaughan, Plaintiff in the above-captioned matter, hereby submit this Response and Opposition to Defendant's Motion to Dismiss. In support of this opposition, I state as follows:

### Introduction:

The Defendant has filed a Motion to Dismiss claiming plaintiff failed to state a claim which relief may be granted. The Plaintiff opposes this motion for the reasons set forth below.

- Plaintiff's complaint clearly states a claim upon which relief may be granted.

- The opposing counsel apparently gravely misunderstands what a bill of exchange is.

- Opposing counsel's statements are not facts before the court.

**Declaration of Points and Authority:**

Defendant's counsel stated that Plaintiff failed to state a claim upon which relief could be granted. Plaintiff's complaint clearly states a claim upon which relief may be granted. The defendant failed to perform fiduciary duties. As a result of the defendant's non-performance, the plaintiff suffered injury and duress.

Opposing counsel seems to gravely misunderstand that JPMorgan Chase Bank created the bills of exchange that were sent to the plaintiff. Per the Bill of Exchange Act of 1882, a "*bill*" is defined as "*a bill of exchange*" of which JPMorgan Chase Bank is the primary and **_only_** issuer.

Therefore, using opposing counsel's reasonings, the bills of exchange issued by JPMorgan Chase Bank and sent to the plaintiff are *"worthless pieces of paper, consisting of nothing more than a string of words that sound as though they belong in a legal document, but which, in reality, are incomprehensible, signifying nothing."* McElroy v. Chase Manhattan Mortgage Corp. (2005) 134 Cal.App.4th 388. Therefore, based on this case law, I am not required to perform when sent these worthless pieces of paper.

Yet, out of courtesy, I accepted and endorsed JPMorgan Chase Bank's bill of exchange and sent it back to the defendant as an order to transfer the payables to the receivables to zero out the account.

From another point of view, the bill of exchange issued by JPMorgan Chase Bank could be defined as a *"statement"*. According to 29 CFR § 18.801, a statement is defined as, *"(1) an oral or written assertion, or (2) nonverbal conduct of a person, if it is intended by the person as an assertion."* Therefore, this statement is not an order or a demand for performance. Either way, the bill of exchange, or statement, from JPMorgan Chase Bank does not require me to perform in any way, shape, or form.

Chiefly, opposing counsel's statements are not facts before the court. Pursuant to Trinsey v Pagliaro, D.C.Pa. 1964, 229 F.Supp. 647, **"Statements of counsel in brief or in argument are not facts before the court and are therefore insufficient for a motion to dismiss.."** Therefore, the defendant's motion to dismiss is insufficient and should not be granted.

**Conclusion:**

For the reasons set forth above, the Plaintiff respectfully requests that the Court deny the Defendant's Motion to Dismiss.

In addition, the Plaintiff further requests permission to leave to amend the complaint a second time.

See the attached bill of exchange from JPMorgan Chase Bank, also known as, a *"worthless piece of paper"* per Judge Raymond J. Ikola regarding McElroy v. Chase Manhattan Mortgage Corp. (2005) 134 Cal.App.4th 388.

By: Holly Arlena Vaughan
Date: 11/17/23

## CHASE ◯
### SAPPHIRE RESERVE®

Manage your account online at: www.chase.com/saphire

Customer Service: 1-800-436-7970

Mobile: Download the Chase Mobile® app today

**August 2023**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | **9** | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |

New Balance
**$17,807.77**
Minimum Payment Due
**$178.00**
Payment Due Date
**08/09/23**

### ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 79,975 |
| + 3 Points per $1 earned on travel | 711 |
| + 3 Points per $1 earned on dining | 861 |
| + 1 Point per $1 on all other purchases | 17,285 |
| **Total points available for redemption** | **98,832** |

Learn more about your rewards and start redeeming today. Visit Chase Ultimate Rewards® at www.UltimateRewards.com

Earn an annual travel credit for your first $300 in travel purchases and earn 3x points on travel purchases after that. Earn more when you purchase travel on Ultimate Rewards® - 5x points total on air travel and 10x points total on hotels and car rentals. Plus, earn 3x points on dining at restaurants, around the corner or around the world, and 10x points total on Chase Dining purchases.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 26 years | $49,270 |
| $682 | 3 years | $24,545 (Savings=$24,725) |

If you would like information about credit counseling services, call 1-866-797-2885.

### ACCOUNT SUMMARY

| | |
|---|---|
| Account Number: | |
| Previous Balance | $6,352.57 |
| Payment, Credits | -$6,645.63 |
| Purchases | +$18,100.83 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| **New Balance** | **$17,807.77** |
| Opening/Closing Date | 06/13/23 - 07/12/23 |
| Credit Access Line | $30,000 |
| Available Credit | $12,192 |
| Cash Access Line | $1,500 |
| Available for Cash | $1,500 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Access Line** | **$0.00** |

### YOUR ACCOUNT MESSAGES

**Introducing Paze℠** — a new way to pay with Chase debit and credit cards

We'll soon include qualifying Chase debit and credit cardholders in a new digital bank wallet— Paze℠ — to be used at participating online businesses

Page 1 of 4

**This Statement is a Facsimile - Not an original**

## CHASE ◯
### SAPPHIRE RESERVE®

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

Make your payment at chase.com/paycard

| | |
|---|---|
| Payment Due Date: | 08/09/23 |
| New Balance: | $17,807.77 |
| Minimum Payment Due: | $178.00 |

Account number:

$_____  Amount Enclosed
Make Mail to Chase Card Services at the address below:

HOLLY A VAUGHAN
2338 KIPANA AVE
VENTURA CA 93001-0341

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
5